1  **GREGORY T. MURPHY**
   California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: gregory_murphy@fd.org

5  Attorneys for Juan Rodriguez-Rodriguez

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                  **(HONORABLE WILLIAM McCURINE, JR.)**

11 | UNITED STATES OF AMERICA,           )   Case No. 08MJ0950
                                         )
12 |                Plaintiff,           )
                                         )
13 | v.                                  )   **CERTIFICATE OF SERVICE**
                                         )
14 | JUAN RODRIGUEZ-RODRIGUEZ,           )
                                         )
15 |                Defendant.           )
   |_____   )

16

17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                          Thomas G. Gilmore
                          tgglaw@sbcglobal.net; and
20
                            U.S. Attorney CR
21                      Efile.dkt.gc2@usdoj.gov

22                                  Respectfully submitted,

23

24 DATED:      April 3, 2008            /s/ Gregory T. Murphy
                                        **GREGORY T. MURPHY**
25                                      Federal Defenders of San Diego, Inc.
                                        Attorneys for Juan Rodriguez-Rodriguez
26

27

28