UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED

2008 APR 10 P 2:14

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 08CR1117-BTM |
| Plaintiff | ) | CRIMINAL NO. 08mj0952 |
| vs. | ) | ORDER |
| Juan Rodriguez-Rodriguez | ) | RELEASING MATERIAL WITNESS |
| Defendant(s) | ) | Booking No. 99089198 |

William McCurine, Jr.

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / **Case Disposed** / Order of Court).

Naraly Solis-Candelaria

DATED: 4/10/08

William McCurine, Jr.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
                    DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
Deputy Clerk