UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>     Plaintiff )<br> )<br>vs. )<br> )<br>Juan Rodriguez-Rodriguez )<br>     Defendant(s) ) | CRIMINAL NO. 08CR1117-BTM<br>                         08mj0950<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 99089198 |

William McCurine, Jr.

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Gloria Vazquez-Duran

DATED: 4/10/08

William McCurine, Jr.

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
                    DUSM

OR
W. SAMUEL HAMRICK, JR.   Clerk
by _____
        Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082