♦AO 245B   (Rev. 9/00) Judgment in a Criminal Case
Sheet 1

**FILED AUG 25 2008**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**FILED JUL -1 2008**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
v.
JUAN RODRIGUEZ-RODRIGUEZ

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number:  08CR1117-BTM

GREGORY MURPHY, FEDERAL DEFENDER'S INC.
Defendant's Attorney

REGISTRATION NO.   99089198

X   pleaded guilty to count(s)   1 and 2 of the information

☐   was found guilty on count(s) _____
    after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 8 USC 1325 | Illegal entry | 1 |
| 8 USC 1325 | Illegal entry | 2 |

The defendant is sentenced as provided in pages 2 through __4__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has been found not guilty on count(s) _____

☐   Count(s) _____   ☐ is   ☐ are   dismissed on the motion of the United States.

X   Assessment : Pursuant to the motion of the United States under 18 USC 3573, the special assessment provided for under 18 USC 3013 is waived and remitted as uncollectible.

X   Fine ordered waived.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

June 27, 2008
Date of Imposition of Sentence

_/s/ Barry Ted Moskowitz_
BARRY TED MOSKOWITZ, DISTRICT JUDGE
Name and Title of Judicial Officer

Entered Date:

AO 245B (Rev. 9/00) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page 2 of 4

DEFENDANT: JUAN RODRIGUEZ-RODRIGUEZ
CASE NUMBER: 08CR1117-BTM

## IMPRISONMENT

X   The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a period of six (6) months as to count 1 and twenty-four (24) months as to count 2, consecutively to count 1 for a total sentence of thirty (30) months.

*BARRY TED MOSKOWITZ*
UNITED STATES DISTRICT JUDGE

The court recommends to the Bureau of Prisons:

☐   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____.
   ☐ as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of
   ☐ before 2 p.m. _____.
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on 8-14-08 to RCOC I + II at Pecos, TX, with a certified copy of this judgment.

M. McDaniel Warden
UNITED STATES MARSHAL
By Jita Garcia
DEPUTY UNITED STATES MARSHAL Records

Case 3:08-cr-01117-BTM   Document 28   Filed 08/25/2008   Page 3 of 6
Case 3:08-cr-01117-BTM   Document 27   Filed 07/0?/2008   Page 3 of 4

AO 245B   (Rev. 9/00) Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page __3__ of __4__

DEFENDANT:   JUAN RODRIGUEZ-RODRIGUEZ
CASE NUMBER:   08CR1117-BTM

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 1 year as to count 2.

## MANDATORY CONDITIONS

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons unless removed from the United States.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.
The defendant shall cooperate as directed in the collection of a DNA sample, pursuant to 18 USC 3583(d).

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, but not more than _2 times_ per month, unless defendant is removed from the United States.

The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court. The defendant shall also comply with any special conditions imposed.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO   (Rev. 9/00) Judgment in a Criminal Case
Sheet 3 — Continued 2 — Supervised Release

Judgment—Page  4  o  4

DEFENDANT: JUAN RODRIGUEZ-RODRIGUEZ
CASE       08CR1117-BTM

# SPECIAL CONDITIONS OF SUPERVISION

__X__ Submit to a search of person, property, residence, abode or vehicle, at a reasonable time and in a reasonable manner, by the probation officer.

__X__ Not possess firearms, explosive devices, or other dangerous weapons.

__X__ Not possess any narcotic drug or controlled substance without a lawful medical prescription.

__X__ If deported, excluded, or allowed to voluntarily leave the United States, obey all laws federal, state and local and not reenter the United States illegally and report to the probation officer within 72 hours of any reentry to the United States; the other conditions of supervision are suspended while the defendant is out of the United States after deportation, exclusion, or voluntary departure.

__X__ Report all vehicles owned or operated, or in which you have an interest, to the probation officer.

__X__ Not enter U. S. illegally.

__X__ Cooperate as directed in the collection of a DNA sample.

*** LIMITED OFFICIAL USE ***

```
                                                          DATE: 07/10/2008 TIME: 20:44  PAGE:    1
_____
                          UNITED STATES MARSHALS SERVICE
                             PRISONER TRACKING SYSTEM
                           SOUTHERN DISTRICT CALIFORNIA
                             DISTRICT: 98   OFFICE: SD

                        INDIVIDUAL CUSTODY AND DETENTION REPORT USM (129)

                              NAME:    RODRIGUEZ-RODRIGUEZ, JUAN
                              USMS NUMBER: 99089198


I. IDENTIFICATION DATA:

   USMS NBR: 99089198    NAME: RODRIGUEZ-RODRIGUEZ, JUAN

   ADDRESS:  CALLE CAUHILAY MUTAULISMO   TIJUANA, MX                                PHONE:   -  -

   DOB: 09/12/1964  AGE: 43  POB: COLIMA, MX           SEX: M  RACE: W  HAIR: BRO  EYE: BRO  HEIGHT: 504  WEIGHT: 155

   SSN:    -  -        FBI NBR: 866822DA9    ALIEN NBR: A79784650

   OTHER NUMBER              OTHER NUMBER TYPE
   CA07923599                STATE NUMBER

   DETAINER/DATE  ACTIVE  AGENCY                       REMARK
   **********        N

   PRISONERS ALIASES:        ALIAS REMARKS:
   RODRIGUEZ, JUAN           RODRIGUEZ(FBI MN)

   GENERAL REMARKS:
   NONE


II. CASE INFORMATION:

   CTR    STATUS          COURT CASE NUMBER      FEDERAL COURT CITY
    1     RL-BOP          06-0919-R              SAN DIEGO
    2     WT-MOVE         08-1117-BTM            SAN DIEGO

   CTR    JUDGE NAME                        US ATTORNEY NAME           DEFENSE ATTORNEY NAME
    1     RHOADES, JOHN                                                GORDEN, CARY
    2     MOSKOWITZ, BARRY TED                                         MURPHY, GREGORY

   CTR    ARREST DATE   ARRESTING AGENCY                LOCATION OF ARREST    WARRANT NUMBER
    1     04/14/2006    IMMIGRATION AND CUSTOMS ENFORCEMENT SYS CA.POE.
    2     03/27/2008    IMMIGRATION AND CUSTOMS ENFORCEMENT SAN YSIDRO, CA POE

   CTR    OFFENSE                              OFFENSE REMARK                   DISPOSITION
    1     (0303) SMUGGLING ALIENS              8USC1324                         GUILTY (PLEA)
    2     (0301) ILLEGAL ENTRY                 8USC1325                         GUILTY (PLEA)

   CTR    SENTENCE DATE   SENTENCE                                    APPEAL DATE
    1     08/28/2006      13 MOS CT 1; 3 YRS SUPERVISED RELEASE       **********
    2     06/27/2008      6 MOS CT 1; 24 MOS CT 2 C/S; 1 YR SUPV REL  **********

III. STATUS HISTORY

   CTR    STATUS       STATUS DATE    CUSTODY DATE    RELEASE DATE    REMARK
    1     WT-TRIAL     04/17/2006     04/17/2006      **********      05/15/06; 06-0919-R
_____
```

*** LIMITED OFFICIAL USE ***

```
                                                          DATE: 07/10/2008 TIME: 20:44  PAGE:    2
                              UNITED STATES MARSHALS SERVICE
                                 PRISONER TRACKING SYSTEM
                                SOUTHERN DISTRICT CALIFORNIA
                                  DISTRICT: 98   OFFICE: SD

                        INDIVIDUAL CUSTODY AND DETENTION REPORT USM (129)

                              NAME:  RODRIGUEZ-RODRIGUEZ, JUAN
                              USMS NUMBER: 99089198

    1   WT-SENT      05/15/2006    **********    **********      06/30/06; 06-0919-R
    1   WT-J/C       08/28/2006    **********    **********      13 MOS; 06-0919-R
    1   WT-DESIG     08/31/2006    **********    **********
    1   WT-MOVE      09/12/2006    **********    **********      CALIFORNIA CITY
    1   RL-BOP       09/22/2006    **********    09/22/2006      SHT01108
    2   WT-TRIAL     03/28/2008    03/28/2008    **********      05/22/08;08MG0950
    2   WT-SENT      05/22/2008    **********    **********      06/27/08; 08-1117-BTM
    2   WT-J/C       06/27/2008    **********    **********      30MOS; 08-1117-BTM
    2   RC-J/C       07/02/2008    **********    **********
    2   WT-DESIG     07/07/2008    **********    **********
    2   WT-MOVE      07/10/2008    **********    **********      REEVES CI
```

IV. CHRONOLOGICAL PRISONER HISTORY

```
    INST                          ADMIT         RELEASE     DAYS     ACTION OR
    CODE   INSTITUTION NAME       DATE          DATE        BOARDED  DISPOSITION
    SDC    MCC SAN DIEGO          04/17/2006    05/26/2006    39
    8JA    DOWNTOWN SD    (WCC)   05/26/2006    08/30/2006    96
    SDC    MCC SAN DIEGO          08/30/2006    09/21/2006    22
    8JH    OTAY MESA (CCA)        09/21/2006    09/22/2006     1
    SDC    MCC SAN DIEGO          03/28/2008    04/29/2008    32
    LOC    LOCAL HOSPITAL         04/29/2008    05/03/2008     4      ALV/HERNIA
    SDC    MCC SAN DIEGO          05/03/2008    06/20/2008    48
    8JH    OTAY MESA (CCA)        06/20/2008    07/01/2008    11
    6Q2    SAN LUIS DET CTR. AZ   07/01/2008    **********     9

                          TOTAL DAYS BOARDED              262
```

V. MEDICAL CONDITION/TREATMENT HISTORY

```
    DATE SERVICE PROVIDED   VENDOR               SERVICE PROVIDED
        04/29/2008          ALVARADO HOSP LLC    04/29-5/3 HOSP CARE
        04/29/2008          ALVARADO HOSP LLC    FOR ANESTH SER
        04/29/2008          ALVARADO HOSP LLC    FOR ANESTH  SERV MED GRP
```

THIS INFORMATION IS THE PROPERTY OF THE U.S. MARSHALS SERVICE AND SHALL NOT
BE PUBLICLY RELEASED OR DISSEMINATED WITHOUT U.S. MARSHALS SERVICE AUTHORITY.

****** END OF REPORT ******